UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LOUIS MARKS,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>STATE OF NEVADA et al.,<br><br>　　　　　　　Defendants | Case No.  2:18-cv-01421-RFB-BNW<br><br>ORDER |

　　　　Plaintiff has filed a motion to extend the stay. (ECF No. 13). The Court grants the motion to extend the stay until two days after the yet to be scheduled inmate early mediation. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

　　　　For the foregoing reasons, it is ordered that the motion to extend stay (ECF No. 13) is granted.

　　　　It is further ordered that the stay is extended until two days after the inmate early mediation.

　　　　It is further ordered that the Office of the Attorney General will file the status report form regarding the results of the stay no later than two days after the inmate early mediation.

　　　　DATED THIS 16th day of June 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE