Louis Marks
Name

94433
Prison Number

Southern Desert Correctional Center
Post Office Box 208, Indian Springs, NV 89070
Place of Confinement

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Louis Marks<br>Petitioner,<br><br>vs.<br><br>Jerry Howell, Warden<br>Respondent | 2:18-CV-01421-RFB-BNW<br>EX PARTE MOTION FOR<br>APPOINTMENT OF COUNSEL |

COMES NOW Louis Marks, in Proper Person, and moves this Court for its order allowing the appointment of counsel for Petitioner. This motion is made and based in the interest of justice.

Pursuant to Title 18 § 3006A. of the Federal Rules of Criminal Procedure,

> (2) Whenever the United States magistrate or the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . .
> * * *
> (B) is seeking relief under section 2241, 2254, 2255 of title 28.

The Court must appoint counsel where the complexities of the case are such that denial of counsel would amount to a denial of due process, Brown v. United States, 623 F.2d 54, 61 (9th Cir. 1980), and/or where the petitioner is a person of such limited education as to be incapable of presenting his claims in such a way that the Court can afford him a fair hearing, see Hawkins v. Bennet, 423 F.2d 948 (8th Cir. 1970).

Petitioner alleges that the issues in this case are complex and that petitioner is unable to adequately present the claims without the assistance of counsel.

Petitioner hereby respectfully requests that the Court appoint counsel for the reasons stated above.

DATED this 21 day of February, 2022.

Respectfully submitted,

_____ #94433
PETITIONER

Additional Facts            2-21-22

1) I don't have access to my medical file(s)
2) Even if I did, I can't interpret them.
3) I believe I need them to amend the Complaint
   a) Cause of action
   b) parties
4) I believe it would be useless to serve the 1st Complaint
5) To amend complaint - I don't know how

Questions unanswered w/out Counsel
   Who's responsible? Identities?
   Results support the Case!?

These affect the Complaint
I am not trained
I have no help now
I have very little Law Library assistance & resources.

If this is not done correctly, the state will not be held accountable
   Up to this point I don't understand what to do.
I need help please.

Dated this 21st day of February, 2022
Respectfully submitted,
                    Louis Marks #94433
                    [signature]
                    Petitioner In Pro Se

<u>Certificate of Service</u>

Plaintiff requests electronic service by the Clerk on the Defendants' counsel, The Nevada Attorney General's office if required by the Court:

The Office of the Attorney General for the State of Nevada at ag.NV.gov.

*[signature]*

Louis Marks # 94433
Plaintiff in Pro Se

## ORDER

IT IS ORDERED that ECF No. 58 is DENIED as moot. The Court already granted a prior motion of Plaintiff's to appoint counsel. *See* ECF No. 57. This means that Plaintiff is on a list from which counsel can select and take his case. The Court cannot, however, force counsel to take his case.

**IT IS SO ORDERED**

**DATED:** 2:43 pm, February 27, 2022

*[signature]*
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**