AARON D. FORD
　Attorney General
CHRIS DAVIS (Bar No. 6616)
　Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486- 9252 (phone)
(702) 486-3773 (fax)
Email: cwdavis@ag.nv.gov

*Attorneys for Defendant Vincent Lorenz*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Louis Marks,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:18-cv-01421-RFB-BNW<br><br>**STIPULATION TO EXTEND**<br><br>(First Request) |

　　　　Pursuant to Fed. R. Civ. P.6, and Local Rule 6-1 and 7-1, Plaintiff Louis Marks ("Marks"), by and through his attorneys of record, Todd L. Bice, Esq., Emily A. Buchwald, Esq., and Daniel R. Brady, Esq., of Pisanelli Bice PLLC, and Defendant Vincent Lorenz ("Lorenz"), by and through his attorney of record, Aaron D. Ford, Attorney General of the State of Nevada, and Chris Davis, Senior Deputy Attorney General, hereby stipulate and agree to extend the time to respond to Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion to Amend," ECF No. 72), by fourteen (14) days, from August 17, 2023, to August 31, 2023. The stipulation is entered in good faith, and not for purposes of delay, as counsel for Defendant needs additional time to address the motion to amend, as the amended complaint adds four causes of action and five (5) defendants.

　　　　///

　　　　///

Accordingly, the parties stipulate and agree to extend the time to respond to Plaintiff's Motion to Amend, by fourteen (14) days, from August 17, 2023, to August 31, 2023.

Respectfully submitted this 17th day of August 2023.

By: /s/ *Daniel R. Brady*
 Todd L. Bice, Esq.,
 Emily A. Buchwald, Esq.,
 Daniel R. Brady, Esq.
 PISANELLI BICE PLLC
 400 South 7th Street, Suite 300
 Las Vegas, Nevada 89101

*Attorneys for Plaintiff Louis Marks*

By: /s/ Chris Davis
 Chris Davis
 Senior Deputy Attorney General
 State of Nevada
 Office of the Attorney General
 555 E. Washington Ave. Suite 3900
 Las Vegas, Nevada 89101

*Attorney for Defendant Vincent Lorenz*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 18, 2023